No opinion. The date for the inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARMELA AMMIRATI and ELSA FURMAN, as Administratrices, etc., of JOHN DURSO, Deceased, Respondents, v. SUBURBAN FUEL OIL SERVICE, INC., and Others, Defendants, Appellants, and LEO TRIDENTI and Another, etc., Intervenors, Defendants.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FENIMORE C. GOODE COMPANY, INC., Respondent, v. FLOYD DE L. BROWN and Others, Appellants.— Order, so far as appealed from, unanimously modified by eliminating item 15 and so much of item 13 as allows examination concerning payment of commissions to brokers other than plaintiff, and, as so modified, affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARTFORD ACCIDENT & INDEMNITY COMPANY, Respondent, v. JOHN J. HALLIGAN, Doing Business under the Firm Name and Style of HALLIGAN & SON, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDA FUCHS, Appellant, v. ADOLPH FUCHS, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of the Executors of H. HARDCASTLE PENNOCK, Deceased. CAROL HENDRICKSON PENNOCK. CONSTANCE LOIS PENNOCK and Another Infant.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Exterior Street, from East 138th Street to East 144th Street; Grand Concourse, from East 138th Street to East 140th Street, etc., Where Not Heretofore Acquired for Street Purposes, etc. MABEL POILLON and Others. THE CITY OF NEW YORK.—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Exterior Street, from East 138th Street to East 144th Street; etc., Where Not Heretofore Acquired for Street Purposes, etc. MABEL POILLON and Others. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending